**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEREMAINE ROBERT CATHEY,<br><br>Plaintiff;<br><br>v.<br><br>GARY GARCIA, in his capacity of principal of John Marshall High School, and LOS ANGELES UNIFIED SCHOOL DISTRICT, and SCOTT BANKS, in his capacity as Marshall High School faculty member and UTLA Faculty Representative,<br><br>Defendants. | Case No.: **2:22-cv-04929-KK-PD**<br><br>*Hon. Judge Kenly Kiya Kato, presiding Magistrate Judge Patricia Donahue*<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>[Filed concurrently with Stipulation to Dismiss Entire Action With Prejudice Order] |

The Court having reviewed the foregoing Stipulation, and good cause appearing, therefore:

**IT IS HEREBY ORDERED** that the above-captioned action against Defendants LOS ANGELES UNIFIED SCHOOL DISTRICT is dismissed, with prejudice.

**IT IS SO ORDERED.**

DATED: January 10, 2025

_____
Honorable Kenly Kiya Kato
District Court Judge